UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>CLIFFTON HARRIS,<br><br>                      Defendant. | Case No. 16-CR-73-JPS<br><br><br><br>ORDER |

       On May 17, 2016, the defendant was charged in a six-count Indictment for various carjacking incidents, which alleged violations of Title 18, United States Code, Sections 2119(1) and 2, and 924(c)(1)(A)(ii) and 2. (Docket #8). On July 14, 2016, the defendant filed a plea agreement resolving the pending charges against him. (Docket #14). Specifically, the defendant agreed to enter into a plea of guilty as to Counts One, Two, and Three, while the remaining Counts are to be dismissed at sentencing. *Id.* at 2-3.

       The parties appeared before Magistrate Judge William E. Duffin on July 28, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #18). The defendant entered a plea of guilty as to Counts One, Two, and Three of the Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #18 and #19).

       Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that

the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #19). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge William E. Duffin's report and recommendation (Docket #19) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 18th day of August, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge